## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **W HOLDING COMPANY, INC., ET AL.,**<br>**Plaintiffs** | |
| **v.** | **CIVIL ACTION NO. 11-02271 (GAG)** |
| **AIG INSURANCE COMPANY - PUERTO**<br>**RICO,**<br>**Defendant** | **JURY TRIAL DEMANDED** |
| **FEDERAL DEPOSIT INSURANCE**<br>**CORPORATION, AS RECEIVER OF**<br>**WESTERNBANK PUERTO RICO,**<br>**Plaintiff Intervenor** | |
| **v.** | |
| **FRANK STIPES GARCIA, ET AL.,**<br>**Cross Claim Defendants** | |
| **AIG INSURANCE COMPANY - PUERTO**<br>**RICO,**<br>**Previously Joined Defendant** | |
| **MARLENE CRUZ CABALLERO AND**<br>**THE FRONTERA-CRUZ CONJUGAL**<br>**PARTNERSHIP, ET AL.,**<br>**Additional Defendants** | |

## SECOND AMENDMENT TO SECOND AMENDED AND
## RESTATED COMPLAINT IN INTERVENTION

NOW INTO COURT, through undersigned counsel, comes the Federal Deposit Insurance

Corporation ("FDIC-R"), as Receiver of Westernbank Puerto Rico ("Westernbank" or "the

Bank"), to amend the Second Amended and Restated Complaint in Intervention [Doc. 182], as

amended on October 24, 2012 [Doc. 310] (the "Second Amended Complaint"), as follows:

1198410_1

1.

The caption of the Second Amended Complaint is hereby amended to substitute the name "Ricardo Acosta-Martinez, as Trustee for the CT Family Trust" for the name "Jane Doe, as Trustee for the CT Family Trust."

2.

Paragraph 55(C) of the Second Amended Complaint is hereby amended to read as follows:

> Defendant Ricardo Acosta-Martinez, in his capacity as Trustee for the CT Family Trust, is the Trustee of a family trust named the "CT Family Trust," to which Defendant Tamboer transferred substantial assets without consideration.

3.

Paragraph 94 of the Second Amended Complaint is hereby amended to read as follows:

> On or about December 1, 2010, over seven months after FDIC was appointed Receiver of Westernbank, Tamboer transferred approximately $3.55 million in assets to the "CT Family Trust." Defendant Ricardo Acosta-Martinez, in his capacity as Trustee of the CT Family Trust, is the Trustee of this trust. There was no consideration for the transfers.

4.

FDIC-R adopts and reiterates all other allegations contained in the Second Amended Complaint, including but not limited to the prayer for Relief Requested therein, as though set forth at length herein.

In San Juan, Puerto Rico, on December 18, 2012.

Respectfully submitted,

**TORO, COLON, MULLET, RIVERA**
**& SIFRE, PSC**
Post Office Box 195383
San Juan, Puerto Rico  00919-5383
Telephone:     (787) 751-8999
Facsimile:      (787) 763-7760

/s/MANUEL FERNÁNDEZ-BARED
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204204
E-mail: mfb@tcmrslaw.com

JANE PATRICIA VAN KIRK
USDC No. 220510
E-mail: jvankirk@tcmrslaw.com

LISKOW & LEWIS, PLC
One Shell Square
701 Poydras St., Suite 5000
New Orleans, Louisiana 70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108
James A. Brown, T.A. (Bar # 14101)
(*pro hac vice*) jabrown@liskow.com
George Denegre, Jr. (Bar # 8387)
(*pro hac vice*)  gdenegre@liskow.com
Erin L. Delatte (Bar #33088)
(*pro hac vice)* eldelatte@liskow.com

**Attorneys for the Federal Deposit Insurance**
**Corporation**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2012, I electronically filed the forgoing

document with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing

pleading has been electronically mailed to all attorneys of record.

/s/MANUEL FERNÁNDEZ-BARED
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204204

-3-