IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| W HOLDING COMPANY, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARTIS INSURANCE COMPANY OF PUERTO RICO,<br><br>    Defendant.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF WESTERNBANK PUERTO RICO,<br><br>    Plaintiff-Intervenor<br><br>v.<br><br>FRANK STIPES GARCIA, *et al.*,<br><br>    Cross-Claim Defendants,<br><br>CHARTIS INSURANCE COMPANY OF PUERTO RICO,<br><br>    Previously Joined Defendant,<br><br>MARLENE CRUZ CABALLERO AND THE FRONTERA-CRUZ CONJUGAL PARTNERSHIP, *et al.*,<br><br>    Additional Defendants. | Civil Action No. 11-02271 (GAG) |

### DEFENDANT ACE INSURANCE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO FDIC'S SECOND AMENDED AND RESTATED COMPLAINT IN INTERVENTION

For its answer and affirmative defenses to the Second Amended And Restated Complaint In Intervention (the "Complaint") [ECF Doc. No. 182], as amended by the Second Amendment To Second Amended Restated Complaint In Intervention [ECF Doc. No. 368], filed by Plaintiff-

Intervenor Federal Deposit Insurance Corporation ("FDIC"), as receiver of Westernbank Puerto Rico, Defendant ACE Insurance Company ("ACE") restates and incorporates herein the respective responses and affirmative defenses set forth in its Answer And Affirmative Defenses To FDIC's Second Amended And Restated Complaint In Intervention [ECF Doc. No. 331].

WHEREFORE, ACE respectfully requests that the FDIC's Complaint be dismissed with prejudice; that ACE be awarded its costs, fees, and disbursements in this action; and that the Court grant ACE such other and further relief as the Court deems just.

Respectfully submitted this 2nd day of January, 2013, in San Juan, Puerto Rico,

**S/ DAVID A. SHEDD**
**Michael Goodstein, Esq.**
Pro Hac Vice Admitted
**Katharine B. Bowman, Esq.**
Pro Hac Vice Admitted
**David A. Shedd, Esq.**
Pro Hac Vice Admitted
**BAILEY CAVALIERI LLC**

10 W. Broad Street, Ste. 2100
Columbus, Ohio 43215-3422
Tel.:       (614) 221-3155
Fax.:      (614) 221-0479
E-mail:  michael.goodstein@baileycavalieri.com
             kathy.bowman@baileycavalieri.com
             david.shedd@baileycavalieri.com

FRANCISCO E. COLON-RAMÍREZ
BAR NO.: 210510
**COLÓN & COLÓN, P.S.C.**
**ATTORNEYS AT LAW**

Mailing:  PO Box 9023355
              San Juan, PR 00902-3355
Street:    173 O'Neill Street
              San Juan, PR 00918-2404
Tel.:       (787) 758-6060 ext. 222
Fax:       (787) 753-1656
E-mail:  fecolon@colonlaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date, and I hereby certify that I have uploaded a PDF version of this **DEFENDANT ACE INSURANCE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO FDIC'S SECOND AMENDED AND RESTATED COMPLAINT IN INTERVENTION** to the District Court's CM/ECF system, which will send notice electronically of its filing to each attorney of record.

       Respectfully submitted this 2nd day of January, 2013, in San Juan, Puerto Rico,

       **S/ DAVID A. SHEDD**
       **David A. Shedd, Esq.**
       Pro Hac Vice Admitted
       **BAILEY CAVALIERI LLC**

       10 W. Broad Street, Ste. 2100
       Columbus, Ohio 43215-3422
       Tel.:    (614) 221-3155
       Fax.:   (614) 221-0479
       E-mail:  david.shedd@baileycavalieri.com