UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF WESTERNBANK PUERTO RICO,<br><br>  Plaintiff Intervenor,<br><br> v.<br><br>FRANK C. STIPES, *et al.*,<br><br>   Defendants.<br>_____<br><br>FRANK C. STIPES, WILLIAM VIDAL CARVAJAL, JUAN FRONTERA, HECTOR DEL RIO, CESAR RUIZ, AND PEDRO DOMINGUEZ,<br><br>   Third-Party Plaintiffs,<br><br> v.<br><br>THE UNITED STATES AND THE FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>   Third-Party Defendants. | **Civil Action No. 11-02271-GAG/BJM**<br><br><br><br>DECLARATORY JUDGMENT |

**UNITED STATES' MOTION FOR JOINDER
TO FDIC-C RESPONSE TO COURT'S ORDER**

TO THE HONORABLE COURT:

COMES NOW the United States of America on behalf of the Federal Deposit Insurance Corporation in its corporate capacity (FDIC-C), herein represented through the undersigned attorneys, and very respectfully states, alleges and prays:

1

The United States of America under Fed.R.Civ.P. 10(c) adopts and incorporates by reference "FDIC-C's Response to Court's Order of April 23, 2014" (E.C.F. NO. 975).

**WHEREFORE,** the United States of America prays the court to take notice of the foregoing and for such further relief as the Court may deem just and proper.

In San Juan, Puerto Rico, this 24th day of April, 2014.

I HEREBY CERTIFY: that on this same date the foregoing document was filed with the Clerk of the Court using CM-ECF system and will send notification of such filing to all attorneys of record.

ROSA EMILIA RODRÍGUEZ VÉLEZ
United States Attorney

s/ *Agnes I. Cordero*
Agnes I. Cordero
Assistant United States Attorney
USDC-PR 126101
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Telephone: 787-766-5656 & Fax: 787- 766-6219
Agnes.Cordero@usdoj.gov