UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| W. HOLDING COMPANY, INC., et al.<br>    Plaintiffs<br><br>v.<br><br>AIG INSURANCE COMPANY OF PUERTO RICO,<br>    Defendant<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WESTERNBANK PUERTO RICO,<br>    Plaintiff Intervenor<br><br>v.<br><br>FRANK STIPES GARCIA, et al.,<br>    Cross-Claim Defendants<br><br>AIG INSURANCE COMPANY OF PUERTO RICO,<br>    Previously Joined Defendant<br><br>MARLENE CRUZ CABALLERO, AND THE FRONTERA-CRUZ CONJUGAL PARTNERSHIP, et al.,<br>    Additional Defendants. | CIVIL ACTION NO.<br>11-02271 (GAG)<br><br>JURY TRIAL<br>DEMANDED |

**FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR WESTERNBANK PUERTO RICO'S
MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION
TO THE EXCESS INSURERS' MOTION FOR SUMMARY JUDGMENT**

Federal Deposit Insurance Corporation as Receiver for Westernbank Puerto Rico ("FDIC-R"), respectfully requests leave of this Court to file the attached Sur-Reply in Opposition to the Excess Insurers' Motion for Summary Judgment, upon representing the following:

1.

The Excess Insurers filed a 30-page Reply Brief in Support of Their Motion for Partial Summary Judgment on May 14, 2014 (the "Reply"). [Doc. 1086].

2.

A sur-reply is necessary to address arguments made for the first time in the Reply.

3.

FDIC-R respectfully submits that this sur-reply will assist the Court in understanding and resolving the issues raised by the Excess Insurers' Motion.

WHEREFORE, FDIC-R respectfully requests that it be granted leave to file the attached sur-reply memorandum.

Respectfully submitted this 21st day of May, 2014:

**LISKOW & LEWIS, PLC**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:   (504) 581-7979
Facsimile:    (504) 556-4108
By:    /s/ James Brown
JAMES A. BROWN
Louisiana Bar No. 14101 (*pro hac vice*)
E-mail: jabrown@liskow.com
GEORGE DENEGRE JR.
Louisiana Bar No. 8387 (*pro hac vice*)
E-mail: gdenegre@liskow.com
CAREY L. MENASCO
Louisiana Bar No. 28131 (*pro hac vice*)
E-mail: clmenasco@liskow.com

and

**TORO, COLON, MULLET, RIVERA&
SIFRE, PSC**
Post Office Box 195383
San Juan, Puerto Rico  00919-5383
Telephone:   (787) 751-8999
Facsimile:    (787) 763-7760
MANUEL FERNÃNDEZ-BARED
Attorney No. 8801
E-mail: mfb@tcmrslaw.com

JANE PATRICIA VAN KIRK
Attorney No. 14439
E-mail: jvankirk@tcmrslaw.com

**Attorneys for Federal Deposit Insurance Corporation as Receiver for Westernbank Puerto Rico**

## **CERTIFICATE OF SERVICE**

I hereby certify pursuant to L. Cv. R. 5.1 (b) (2) that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties through their counsel of record in the captioned case.

In San Juan, Puerto Rico, this 21st day of May, 2014.

/s/ James Brown