UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| W. HOLDING COMPANY, INC., et al.<br>    Plaintiffs<br><br>v.<br><br>AIG INSURANCE COMPANY OF PUERTO RICO,<br>    Defendant<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WESTERNBANK PUERTO RICO,<br>    Plaintiff Intervenor<br><br>v.<br><br>FRANK STIPES GARCIA, et al.,<br>    Cross-Claim Defendants<br><br>AIG INSURANCE COMPANY OF PUERTO RICO,<br>    Previously Joined Defendant<br><br>MARLENE CRUZ CABALLERO, AND THE FRONTERA-CRUZ CONJUGAL PARTNERSHIP, et al.,<br>    Additional Defendants. | CIVIL ACTION NO.<br>11-02271 (GAG)<br><br>JURY TRIAL<br>DEMANDED |

### JOINT INFORMATIVE MOTION
### REGARDING THE COURT'S MAY 21, 2014 ORDER

In accordance with the Court's May 21, 2014 Order, Federal Deposit Insurance Corporation as Receiver for Westernbank Puerto Rico ("FDIC-R"), after consultation with the other parties, respectfully informs the Court that the parties are in agreement that a settlement conference would be useful. Given the cost involved in expert depositions, they also have agreed to delay any expert depositions until no earlier than thirty (30) days after a settlement conference. Due to the large number of attorneys and schedules involved, after diligent efforts the parties were able to identify only two mutually agreeable dates for the conference: July 9th

or July 28th.  If neither of those dates is workable for the Court, we respectfully request that the Court notify the parties to that effect and we will work to identify other dates.

Respectfully submitted this 28th day of May, 2014:

**LISKOW & LEWIS, PLC**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:     (504) 581-7979
Facsimile:      (504) 556-4108
By:     /s/ James Brown
JAMES A. BROWN
Louisiana Bar No. 14101 (*pro hac vice*)
E-mail: jabrown@liskow.com
GEORGE DENEGRE JR.
Louisiana Bar No. 8387 (*pro hac vice*)
E-mail: gdenegre@liskow.com
CAREY L. MENASCO
Louisiana Bar No. 28131 (*pro hac vice*)
E-mail: clmenasco@liskow.com

and

**TORO, COLON, MULLET, RIVERA & SIFRE, PSC**
Post Office Box 195383
San Juan, Puerto Rico  00919-5383
Telephone:     (787) 751-8999
Facsimile:      (787) 763-7760
MANUEL FERNÃNDEZ-BARED
Attorney No. 8801
E-mail: mfb@tcmrslaw.com
JANE PATRICIA VAN KIRK
Attorney No. 14439
E-mail: jvankirk@tcmrslaw.com

**Attorneys for Federal Deposit Insurance Corporation as Receiver for Westernbank Puerto Rico**

## CERTIFICATE OF SERVICE

I hereby certify pursuant to L. Cv. R. 5.1 (b) (2) that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties through their counsel of record in the captioned case.

In San Juan, Puerto Rico, this 28th day of May, 2014.

/s/ James Brown